**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| CESAR OSWALDO BAYAS REA,<br><br>      Petitioner,<br><br>      v.<br><br>DAVID WESLING, *et. al*,<br>            Respondents. |

Civil Action No. 26-cv-12965-RGS

## <u>RESPONSE TO HABEAS PETITION</u>

Petitioner Cesar Oswaldo Bayas Rea has filed a Petition for Writ of Habeas Corpus challenging his immigration detention and seeking a bond hearing. Respondents first note that the Petition should be dismissed, for lack of jurisdiction, as Petitioner failed to name his immediate custodian.[1] *See generally* Doc. 1. Respondents submit that the legal issues presented in this Petition are similar to those recently addressed by this Court in *Velasco-Luis v. Hyde,* Civil Action No. 25-cv-12747- RGS (D. Mass. Oct. 6, 2025) and *de Los Reyes Gonzalez v. McDonald*, Civil Action No. 25-cv-12644-RGS (D. Mass. Oct. 9, 2025). Should the Court follow its reasoning in *Velasco-Luis* and *de Los Reyes Gonzalez*, it would reach the same result here. Accordingly, Respondents submit that the Court may resolve this Petition without further briefing or oral argument.[2]

---

[1] Upon information and belief, Petitioner is detained at Plymouth County Correctional Facility, where his immediate custodian would be Antone Moniz.

[2] Respondents reserve all rights to appeal and incorporate by reference the legal arguments they presented in *Velasco-Luis* and *de Los Reyes Gonzalez.  See generally* Doc. 7 in *Velasco-Luis* (25-cv-12747-RGS) and Doc. 9 in *de Los Reyes Gonzalez (*25-cv-12644-RGS). Respondents will provide further briefing on any issue that Respondents did not address in *Velasco-Luis* and *de Los*

Respectfully submitted,

LEAH B. FOLEY

Dated:  July 1, 2026

*/s/ Erica McMahon*
ERICA MCMAHON
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3271
Email: Erica.McMahon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  July 1 2026          By:          */s/ Erica McMahon*
ERICA MCMAHON
Special Assistant United States Attorney

---

*Reyes Gonzalez* if the Court would like Respondents to do so. Notably, Petitioner's request to be released with his property falls and to prohibit transfer fall outside the scope of relief available in habeas. *See Estrella Rea v. Moniz*, et. al, 26-cv-10214-MJJ Dkt. No. 12 (D. Mass. Feb. 5, 2026) ("Further, the claims brought by Mr. Estrella Rea regarding his personal belongings are beyond the scope of the writ, which is 'to secure release from illegal custody.' *Preiser*, 411 U.S. at 484."); *see also Brouillard v. Lyons*, No. 26-cv-10090, 2026 WL 497009, at *3 (D. Mass. Feb. 23, 2026) ("Petitioner's request to prohibit her transfer out of New England is outside the scope of habeas relief.").

Alternatively, the Court should dismiss this Petition because Petitioner appears to be a member of the class certified in *Guerrero Orellana v. Moniz*, Civil Action No. 25-cv-12664-PBS, 2025 WL 3687757, at *10 (D. Mass. Dec. 19, 2025). Petitioner is limited to "one bite at the litigation apple" under the doctrines of *res judicata* and claim-splitting, *Ashbourne v. Hansberry*, 894 F.3d 298, 302 (D.C. Cir. 2018); *Steele v. United States*, 144 F.4th 316, 324 (D.C. Cir. 2025); *Salvati v. Fireman's Fund Ins. Co.*, 368 F. Supp. 3d 85, 91 (D. Mass. 2019). Thus, Petitioner cannot obtain relief on his claims—which arise from the same transaction or occurrence at issue in *Guerrero Orellana*— beyond the declaratory relief that was available in that class action from which no opt out was available, and his/her claims should be dismissed. Respondents recognize that this argument was rejected by the *Guerrero Orellana* court in its order granting class certification. *Guerrero Orellana v. Moniz*, No. 25-cv-12664-PBS, 2025 WL 3033769, at *13 (D. Mass. Oct. 30, 2025).

2