**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**Cesar Oswaldo Bayas Rea**
     Petitioner

     V.

CIVIL ACTION

NO. **1:26-cv-12965-RGS**


**Wesling et al**
     Respondents


**ORDER OF DISMISSAL**


Stearns, D. J.


In accordance with the Court's Order entered July 21, 2026 [Doc. No. 14] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


By the Court,


7/21/2026                                    /s/ Jacqueline Martin
   Date                                      Deputy Clerk